

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re J.R.G., a child,　　　　　　　　* From the 318th District Court
　　　　　　　　　　　　　　　　　　　of Midland County,
　　　　　　　　　　　　　　　　　　　Trial Court No. FM-53,519.

No. 11-17-00205-CV　　　　　　　　* July 12, 2018

　　　　　　　　　　　　　　　　　　* Memorandum Opinion by Bailey, J.
　　　　　　　　　　　　　　　　　　　(Panel consists of: Willson, J.,
　　　　　　　　　　　　　　　　　　　Bailey, J., and Wright, S.C.J., sitting
　　　　　　　　　　　　　　　　　　　by assignment)

　　　　This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.